IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONNA EDEN, an individual; DAVID
FEINSTEIN, an individual; and
INNERSOURCE UNLIMITED, LTD.,                        1:17-cv-321-CL
an Oregon Corporation,

        Plaintiffs,                                     ORDER

   v.

SHARI RAMIREZ, an individual; and
HEALING HADS ENERGY RETREAT
LLC, a Nevada limited liability company,

        Defendants.
_____

MCSHANE, Judge:

     Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 26), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v.*

1 –ORDER

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 26) is adopted. The motion to dismiss (ECF No. 10) is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

DATED this 9th day of November, 2017.

       /s/ Michael J. McShane     
Michael McShane
United States District Judge